```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
STEPHANIE ORGAD,                                         :
                                                         :
                          Plaintiff,                     :
                                                         :
            -against-                                    :      21-cv-01674 (ALC)
                                                         :
C R BARD INCORPORATED and BARD                           :      ORDER
PERIPHERAL VASCULAR                                      :
INCORPORATED,                                            :
                                                         :
                          Defendants.                    :
-------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 6, 2022

**ANDREW L. CARTER, JR., United States District Judge:**

The parties shall file a joint status report by October 14, 2022.

**SO ORDERED.**

**Dated:** **October 6, 2022**
**New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**