**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**STEPHANIE ORGAD,**

               **Plaintiff,**

         -against-

**C R BARD INCORPORATED and BARD**
**PERIPHERAL VASCULAR**
**INCORPORATED,**

             **Defendants.**

---------------------------------------------------------- x

     **21-cv-1674 (ALC)**

     <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

     In light of the extension of the discovery deadline at ECF No. 31, the parties are directed to file a joint status report certifying the close of discovery by **January 17, 2024**.  The letter should include proposed dates for a post-discovery status conference.

**SO ORDERED.**

**Dated:**    **June 7, 2023**
           **New York, New York**

                                   _____
                                      **ANDREW L. CARTER, JR.**
                                     **United States District Judge**